# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDRED WOODROW OLINEY, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF POMONA; TIMOTHY UGARTE, individually and in his official capacity; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:16-cv-02277-JGB (KKx) <br><br> *[Assigned to the Hon. Jesus G. Bernal]* <br><br> **ORDER OF DISMISSAL** |

Based upon the stipulation of all parties who have appeared in this action, that the action of Plaintiff Hildred Woodrow Oliney against defendants the City of Pomona, and Officer Timothy Ugarte be dismissed with each party to bear their own costs and attorneys fees.

**IT IS SO ORDERED**.

DATED: January 10, 2018

_____
United States District Court Judge

ORDER OF DISMISSAL